**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HENRY FERNANDO GARCIA GIL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    Case No. CIV-26-00541-JD |
| | ) |
| WARDEN OF DIAMONDBACK | ) |
| CORRECTIONAL FACILITY, et al., | ) |
| | ) |
| Respondents. | ) |

## <u>ORDER</u>

Considering the notice and exhibit filed by Respondents Todd Blanche and Markwayne Mullin,[1] Petitioner took voluntary departure, which the Court confirmed through the publicly available website.[2] The Court therefore dismisses this habeas action without prejudice to refiling. A judgment of dismissal without prejudice will follow.

IT IS SO ORDERED this 15th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE

---

[1] *See* [Doc. Nos. 10, 10-1].

[2] *See* EOIR Automated Case Information for Petitioner Henry Fernando Garcia Gil, available at https://acis.eoir.justice.gov/en/caseInformation (last accessed Apr. 14, 2026).