**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

HENRY FERNANDO GARCIA GIL, )
)
Petitioner, )
)
v. ) Case No. CIV-26-00541-JD
)
WARDEN OF DIAMONDBACK )
CORRECTIONAL FACILITY, et al., )
)
Respondents. )

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's

Order issued this date, the Court dismisses this action without prejudice.

ENTERED this 15th day of April 2026.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE